IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| NAHEEM HARDISON | : | No. 18-168 |

**ORDER**

AND NOW, this 9th day of September, 2021, upon consideration of Naheem Hardison's Motion for Compassionate Release (Doc. No. 49), the Government's Response in Opposition (Doc. No. 51), and Mr. Hardison's Reply in Support of his Motion for Compassionate Release (Doc. No. 54), it is **ORDERED** that Mr. Hardison's Motion (Doc. No. 49) is **DENIED**. It is further **ORDERED** that Mr. Hardison's Motion for a Hearing on his Motion for Compassionate Release (Doc. No. 55) is **DEEMED MOOT**.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE